# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

MOLLY MASON,

        Plaintiff,

vs.

KIRKWOOD COMMUNITY
COLLEGE,

        Defendant.

No.  21-CV-26-LRR

**ORDER**

_____

The matter before the court is Plaintiff Molly Mason's "Motion to Cancel Hearing" ("Motion") (docket no. 10), which Mason filed on March 19, 2021.  Mason states that, "[o]n March 18, 2021, counsel for Plaintiff discussed the Motion [for Temporary Restraining Order and Preliminary Injunction (docket no. 2)] with counsel for Defendant and the parties agreed that the artwork would not be modified and/or removed during the pendency of these proceedings."[1]  Motion at 1.  Thus, Mason asserts that the hearing scheduled for March 19, 2021 at 2:30 p.m. may be canceled.  *See id*.

For the reasons stated in the Motion, the Motion is **GRANTED**.  The hearing scheduled for Friday, March 19, 2021 at 2:30 p.m. is **CANCELED**.  The Motion for Temporary Restraining Order and Preliminary Injunction (docket no. 2) is **DENIED WITHOUT PREJUDICE as moot**.

    **IT IS SO ORDERED**.

---

[1] The court notes that, to date, counsel for Defendant Kirkwood Community College has not filed an appearance.

**DATED** this 19th day of March, 2021.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA